# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION AT RIVERSIDE

EVOX PRODUCTIONS, LLC, a Delaware limited liability company,

Plaintiff,

v.

CARS.COM, LLC, a Delaware Limited Liability Company; CARS.COM INC., a Delaware Corporation; DEALERRATER.COM, LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,

Defendants.

Case No: 5:25-cv-02357-KK-SP

**ORDER GRANTING CARS.COM'S FIRST EX PARTE MOTION TO MODIFY CASE SCHEDULE, AND TO COMPEL DISCOVERY**

**[NOTE CHANGES BY THE COURT]**

Honorable Kenly Kiya Kato

1

Before the Court is Defendants, Cars.com, LLC; Cars.com, Inc.; and DealerRater.com, LLC's (collectively, "Cars.com") *Ex Parte* Motion to Modify Case Schedule, and to Compel Discovery. Having reviewed the Motion and the accompanying evidence in support, all arguments of counsel, and for good cause shown, the Motion is hereby **GRANTED** as follows:

All dates in the Scheduling Order at ECF No. 33 are hereby **VACATED** and the new Scheduling Order is entered as follows:

| Deadline | Current Date | ~~Proposed~~ New Date |
|---|---|---|
| Fact Discovery Cut-Off | June 18, 2026 | ~~September~~ July 16, 2026 |
| Last Day to Serve Initial Expert Reports | July 2, 2026 | ~~September~~ July 30, 2026 |
| Last Day to Serve Rebuttal Expert Reports | July 16, 2026 | ~~October 14~~ August 13, 2026 |
| Expert Discovery Cut-Off | July 30, 2026 | ~~October 28~~ August 27, 2026 |
| Motion Hearing Cut-Off | August 27, 2026 | ~~November 26~~ September 3, 2026 |
| Last Day to Conduct Settlement Proceedings | August 27, 2026 | Satisfied on May 14, 2026 |
| Final Pre-Trial Conference | October 1, 2026 | ~~January 7, 2027~~ October 1, 2026 |
| Jury Trial | October 19, 2026 | ~~February 1, 2027~~ October 19, 2026 |

Additionally, no later than July 14, 2026, Evox must produce:

- all license agreements with all third parties relating to the asserted images from January 1, 2023 to present, including all DSPs (RFP 9);
- all license agreements with Dealers who uploaded images to Cars.com pursuant to the Court's June 15 Order (RFP 10);

- all outstanding interrogatory responses, expert reports, and deposition transcripts pursuant to the June 15 Order. (ECF No. 55 at 8-9); and
- all documents responsive to Cars.com's First and Second Set of RFPs that Evox previously agreed to produce, including:
  - Copyright Office correspondence (Koley Decl., Ex. E at 2-3);
  - All attachments to correspondence with Evox's vendor relating to the creation of Evox's "evidence books." (*Id.*, Ex. E at 2); and
  - all reports, logs, and data received from licensees pursuant to license reporting requirements. (*Id.* Ex. E at 6-7).

Cars.com is permitted to take any additional depositions it requires due to Evox's dilatory conduct.  All costs associated with the additional deposition time will be paid by Evox.

**IT IS SO ORDERED.**

Dated:  June 30, 2026

/s/
HONORABLE KENLY KIYA KATO

UNITED STATES DISTRICT JUDGE

3                                          Case No.: 5:25-cv-02357-KK-SP