LAWRENCE M. HADLEY - State Bar No. 157728
lhadley@glaserweil.com
ROBERT E. ALLEN - State Bar No. 166589
rallen@glaserweil.com
JASON C. LINGER - State Bar No. 323031
jlinger@glaserweil.com
GLASER WEIL FINK HOWARD
 JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Plaintiff
*Evox Productions, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOX PRODUCTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CARS.COM, LLC, a Delaware Limited Liability Company; CARS.COM INC., a Delaware Corporation; DEALERRATER.COM, LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No: 5:25-cv-02357-KK-SP<br><br>**NOTICE OF DISTRICT COURT RULING**<br><br>**DISCOVERY MATTER**<br><br>FAC Filed: January 14, 2026<br>Close of Fact Discovery: July 16, 2026<br>Pre-Trial Conference: October 1, 2026<br>Trial Date: October 19, 2026<br><br>Judge: Honorable Sheri Pym |

Glaser Weil

3109504

On Friday, June 26, Plaintiff Evox Productions, LLC ("Evox") moved *ex parte* for a protective order, or alternatively, to quash ten Rule 45 subpoenas served by Defendants Cars.com, LLC, Cars.com Inc., and DealerRater.com, LLC (collectively, "Cars.com") on the final day of fact discovery, June 18.  ECF 59.  Subsequently, Cars.com moved for a 90-day extension of the fact discovery period.  ECF 60.

On Monday, July 6, the Court issued an order granting in part Cars.com's application by extending the fact discovery period for 28 days, and adjusting certain other pretrial dates.  ECF 67.  Fact discovery now closes on July 16.  *Id.* at 2.

Cars.com's Rule 45 subpoenas remain untimely even under the new fact discovery deadline because they demand compliance *after* the new fact discovery cut-off date.  Cars.com set the document production date for July 17 and noticed the depositions to take place on July 22, 23, and 24.  ECF 59-3 at 4, 22, 40, 59, 77 (depositions), 95, 191, 287, 383, 479 (documents).  But the Court's Scheduling Order states that fact discovery deadline is the last day to ***"complete"*** discovery.  ECF 33 at 2 ("The discovery cutoff is the last date to complete discovery."); *Nevels v. Avalos*, No. CV 17-06434-JVS (AS), 2020 WL 6712251, at *2 (C.D. Cal. May 5, 2020) (denying motion to compel discovery served prior to the cutoff with a post-cutoff compliance date).

DATED: July 7, 2026

GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP

By: */s/ Robert E. Allen*
ROBERT E. ALLEN
LAWRENCE M. HADLEY
JASON C. LINGER

Attorneys for Plaintiff
Evox Productions, LLC

2

NOTICE OF DISTRICT COURT RULING

3109504